AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No.   2:21-mj-00017-NJK |
| | ) | |
| TRAVION QUINN HALL | ) | Charging District:   District of Maryland |
| *Defendant* | ) | Charging District's Case No.   8:20-cr-00233-PWG |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT
## WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | United States District Court 6500 Cherrywood Lane Greenbelt, MD 20770 | Courtroom No.:  AS ORDERED |
|---|---|---|
| | | Date and Time:  January 11, 2021 at 2:30 PM |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   January 8, 2021

*Judge's signature*

NANCY J. KOPPE, United States Magistrate Judge
*Printed name and title*



_X_ FILED   ___ RECEIVED
___ ENTERED   ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 08, 2021

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY